178 So.2d 568

**Ex parte Joseph HOLT.**

7 Div. 825.

Court of Appeals of Alabama.

Sept. 14, 1965.

Joseph Holt, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Petition for leave to file petition for writ of error coram nobis in Circuit Court of Talladega County.

Petition granted.

185 So.2d 149

**Ex parte Troy INGRAM.**

3 Div. 213.

Court of Appeals of Alabama.

April 5, 1966.

Troy Ingram, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Judge.

The writ of habeas corpus is not the proper mode of presenting the questions incident to lack of counsel on arraignment.

Hence, the purported appeal from the Montgomery Circuit Court seeks review of a futile judicial labor.

The appeal is dismissed for want of prosecution in the Circuit Court.

Dismissed.

187 So.2d 814

**Raymond MINOR**

v.

**STATE.**

6 Div. 177.

Court of Appeals of Alabama.

April 19, 1966.

Rehearing Denied May 12, 1966.

Raymond Minor, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

Certiorari denied by Supreme Court, 187 So.2d 814.